NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jordan D. Hankey (SBN 266995)
Law Office of Jordan D. Hankey
903 State St., Ste 205
Santa Barbara, CA 93101
Tel - (805) 682-3352

ATTORNEY(S) FOR: Plaintiff, Michael B. Stoker

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michael B. Stoker | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-00733 |
| v. | |
| Andrew R. Wheeler, Douglas Benevento, Ryan Jackson, Corry Schiermeyer, and DOES 1 - 20, inclusive, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Michael B. Stoker_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Not applicable | Not Applicable |

January 27, 2021                           /s/ Jordan D. Hankey
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):