TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0165
    Facsimile: (213) 894-7819
    E-mail: Jill.Casselman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL B. STOKER, | Case No. 2:21-cv-00733-JAK-E |
|---|---|
|     Plaintiff, | |
|     v. | **NOTICE OF SUBSTITUTION** |
| ANDREW R. WHEELER, DOUGLAS BENEVENTO, RYAN JACKSON, CORRY SCHIERMEYER; and DOES 1 through 20, inclusive, | [28 U.S.C. § 2679(d)] |
| | Honorable John A. Kronstadt |
|     Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 2679(d), the United States of America is hereby substituted as the Defendant herein, in place and instead of Andrew R. Wheeler, Douglas Benevento, Ryan Jackson, and Corry Schiermeyer. The basis for this substitution is set forth in the Certification of the Chief of the Civil Division for the Central District of California, stating that Andrew R. Wheeler, Douglas Benevento, Ryan Jackson, and Corry Schiermeyer were acting within the course and scope of their employment at all times relevant to the events in this action. A true and correct copy of the Certification is attached hereto.

Dated: April 21, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Jill S. Casselman
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Defendant
United States of America

CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT

I, David M. Harris, Chief of the Civil Division, United States Attorney's Office for the Central District of California, pursuant to the provisions of 28 U.S.C. §2679(d), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. §15.4, hereby certify as follows:

1. I have read the Complaint entitled *Michael B. Stoker v. Andrew R. Wheeler, Douglas Benevento, Ryan Jackson, Corry Schiermeyer, and Does 1 through 20*, 2:21-cv-00733-JAK-E, filed in the United States District Court for the Central District of California.

2. Based upon the information now available to me with respect to the incidents referred to in the Complaint, defendants Andrew R. Wheeler, Douglas Benevento, Ryan Jackson, and Corry Schiermeyer, were acting within the course and scope of employment with the United States at all times material to the incidents alleged in the Complaint.

DATED: April 20, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID M. HARRIS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Chief, Civil Division