Jordan D. Hankey (Bar #266995)
Law Office of Jordan D. Hankey
903 State Street, Suite 205
Santa Barbara, CA 93101
Telephone: (805) 682-3352
Fax: (805) 687-5490
E-mail – jdhankeylaw@gmail.com

Attorneys for Plaintiff Michael B. Stoker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. STOKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW R. WHEELER, DOUGLAS BENEVENTO, RYAN JACKSON, CORRY SCHIERMEYER; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-00733-JAK-E<br><br>**DECLARATION OF PLAINTIFF MICHAEL B. STOKER & EXHIBITS IN SUPPORT OF HIS BRIEF THAT DEFENDANTS WHEELER, BENEVENTO, JACKSON AND SCHIERMEYER WERE NOT ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT**<br><br>District Judge: John A. Kronstadt |

I, Michael B. Stoker, hereby declare under penalty of perjury, the following:

1. The matters contained in this Declaration are within my own personal knowledge and, if called upon as a witness to testify, I could and would testify competently thereto.

2. On May 18, 2018, the President of the United States appointed me as the Southwest Administrator for the Environmental Protection Agency ("EPA").

3. The Southwest Region is the largest of the ten (10) EPA regions and represents approximately 60 million people and covers eight (8) time zones. The region

spans from the Navajo Nation in New Mexico to the east, to the Northern Marianna Islands, Guam and America Samoa to the west, and includes Hawaii, California, Nevada and Arizona as well as 148 Native America tribes in between.

4. Due to the vast territory covered in the Southwest Region, and based on communications with the then EPA Administrator Pruitt and his Chief of Staff, Defendant Ryan Jackson, I understood that a condition of my employment was a willingness to travel and to spend a vast majority of my time in the field.

5. On the morning of Wednesday, February 5, 2020, at approximately 8:00 a.m. PST, I took part in a telephone call that was initiated by Defendants Doug Benevento and Ryan Jackson. I understood that Defendant Andrew Wheeler requested my resignation and that my employment as the EPA's Region 9 Administrator would be terminated at the end of the day unless I resigned.

6. I asked Defendants Benevento and Jackson, "[d]on't I have a right to know the reason why I am being terminated?" Defendant Jackson replied, "[a]ctually you don't." I refused to resign and understood that my termination would be effective as of 5:00 p.m. EST on February 5, 2020.

7. Approximately two (2) hours after the phone call with Defendants Benevento and Jackson, while I was still an EPA employee, Defendant Wheeler issued a statement to all Southwest Region EPA employees and stated, "I would like to thank Mike Stoker for his service to the EPA. I wish him and his family the best in their future endeavors."

8. I later learned that Defendant Wheeler's February 5, 2020, email was publicly disseminated during usual business hours on February 6, 2020, which was reported by several news agencies including the Los Angeles Times.

9. On February 6, 2020, when I was no longer an EPA employee (and without the ability to communicate with my former staff) my "All Hands" letter to my former staff was published in the media. A relevant portion of my letter, which

evidenced my state of mind within 48 hours of my termination, stated, "[a]nd then just 3 weeks ago I was told by someone in HQ whose identity will remain anonymous that it wasn't going unnoticed how many Democrat members in Congress were commending me for the job I was doing. (Speaker Pelosi for Hunter's Point, Congressman O'Halleran for Navajo Nation Uranium Mines, Congressman Scott Peters for my work responding to transboundary sewage in the San Diego-Tijuana sector of the border and Congresswoman Gabbard for Red Hill and my work representing EPA on the Coral Reef Task Force in protecting, preserving and enhancing our coral reefs And even Democrat Governors for my work in the American territories in the Pacific.) Bottom line I am proud of the work I've done and I am especially proud that both Democrat and Republican lawmakers have applauded my efforts. After all, last time I checked, the EPA's mission to protect the public health and environment is not a partisan issue…at least it never has been for me… In fact, when I asked for the reason for the termination there was a long pause and was only told it wasn't personal. Frankly I have a gut feeling it is and was 100% personal." (A true and correct copy of my February 6, 2020, "All Hands" letter that was published in the national media is attached hereto as Exhibit 1).

10. Also on February 6, 2020, at approximately 9:00 p.m. EST, Defendants Wheeler, Benevento, Jackson and Schiermeyer (collectively "Defendants") issued a statement.  Given my prior knowledge and experience with regard to how the EPA customarily issues press releases, it was highly unusual for the EPA to issue a press release after usual business hours.

11. The statement was published in the national media, which baselessly and maliciously alleged "…Mike was too interested in travel for the sake of travel and ignored necessary decision making required of a regional administrator… Although EPA leadership repeatedly requested Mike to simply conduct the basic

responsibilities of his job, we regretfully and ultimately after many requests had to relieve him for severe neglect and incompetent administration of his duties."

12. At the time the Defendants issued the defamatory press release I was no longer an EPA employee and this statement served no interest of any kind related to EPA matters or business.

13. At the time of the baseless, after-hours attack of February 6, 2020, the EPA had already issued its parting statement that thanked me for my service and wished me the best.

14. The statement that the Defendants issued during the night of February 6, 2020, directly contradicts all former public statements made by the EPA Officials concerning myself. Those former statements include, but are not limited to: (a) A March 21, 2019, statement by Defendant Jackson. On March 21, 2019, Defendant Jackson responded to several news agencies and reported that my frequent travel was expected of me, that he had no issues regarding my travel and that my work was "very portable." Specifically, Defendant Jackson stated to the national media that, "[w]e think it is very appropriate for him to work out of any of the offices in Region 9;" (b) A November 26, 2019, statement by EPA Spokesman Michael Abboud who stated, "EPA carefully evaluated Regional Administrator Stoker's schedule, travel, and work for the past year and where a suitable duty station for him should be…Mr. Stoker spends part of his time in EPA offices in California and the rest traveling between the 8 time zones and 148 tribes that encompass Region 9, serving its 50 million residents with 22 million in Southern California alone;" and (c) A February 6, 2020, statement by EPA Spokesman Michael Abboud just hours before the Defendants' personal and after-hours attack on me. Mr. Abbound was specifically asked, "[w]as travel any part of the reason for Mr. Stoker's termination?" To which Mr. Abboud responded, "[a]bsolutely not."

15. I believe that the defamatory statement issued by the Defendants was released solely for the purpose of personally attacking me as a result of personal disputes they had with me. Further, the Defendants' statement was not reasonably foreseeable, was not reasonably related to their employment and was not a risk inherent in, or created by, the EPA's official business.

16. At no time between my appointment and my termination was I ever reprimanded by anyone at the EPA. Furthermore, at no time between my appointment and termination did any of the Defendants ever advise me, in writing or verbally, that they had concerns regarding my travel schedule, that they believed my travel was negatively affecting my responsibilities as the Southwest Administrator, or that I was neglectful or incompetent in the administration of my duties.

17. To the contrary, between my appointment and my termination the United States Inspector General's Office did an assessment of my travel schedule and concluded that all of my travel was appropriate and related to my responsibilities as the Southwest Administrator. (A true and correct copy of the United States of America Environmental Protection Agency, Office of Inspector General's March 21, 2019, Memorandum is attached hereto as Exhibit 2).

18. Between my appointment and when I was terminated I learned that Defendant Jackson was fully aware of my travel schedule and that he was aware that it was 100 % approved at two (2) levels within the EPA.

19. Further, at all relevant time during my employment with the EPA, it had a Travel Guidance Policy in effect. The Travel Guidance Policy made it impossible for me to do what the Defendants stated I did in the defamatory statement they issued after-hours on February 6, 2020. Pursuant to that Policy every single trip I took was approved first by either the Southwest Region Deputy Regional Administrator or Assistant Regional Administer (both career staffers with the EPA), which was then approved by the EPA's Travel Office in

Cincinnati.  In all of my travels the EPA Travel Guidance Policy was followed and strictly adhered to.

20. In March of 2020, I sent the Defendants an email stating that I would pursue a libel/slander action against them unless they retracted the defamatory statement they issued on February 6, 2020.  No retraction was ever issued by any of the Defendants.

21. On July 8, 2020, I sent the EPA a Freedom of Information Act ("FOIA") request. My request stated, verbatim, "The EPA claimed in a statement released 2/6/20 that , ".., Mike [Stoker] was too interested in travel for the sake of travel and ignored necessary decision making required of a regional administrator. Although EPA leadership repeatedly requested Mike [Stoker] to simply conduct basic responsibilities of his job, we regretfully and ultimately after many requests had to to *(sic)* relieve him for severe neglect and incompetent administration of his duties." Please provide copies of any written documents, including all emails, substantiating this statement." To date, the EPA has not provided documents responsive to this FOIA request.  By inference I have concluded that the EPA has not responded because no documents exist in support of the Defendants' defamatory statement. (A true and correct copy of my Freedom of Information Act Request, Request No. EPA-2020-005572 is attached hereto as Exhibit 3).

22. On October 16, 2020, I sent the EPA another FOIA request. My request stated, verbatim, "Provide all emails from former R9 Administrator, Mike Stoker, to Doug Benevento sent in October and November 2019. Also provide all emails received by Andrew Wheeler, Doug Benevento, Ryan Jackson or Matt Leopold from Mike Stoker in February or March 2020." To date, the EPA has not provided documents responsive to this FOIA request and I believe a negative inference should be drawn against Defendants for the EPA's failure to timely provide the sought after documents as the requested information would support

my allegations and claims. (A true and correct copy of my Freedom of Information Act Request, Request No. EPA-R9-2021-000127 is attached hereto as Exhibit 4).

23. On December 17, 2020, former EPA General Counsel, Matt Leopold, who was the General Counsel at the EPA from the time I was appointed until September 2020, responded to my emails and stated that he was not involved in the Defendants' decision to issue the February 6, 2020, after-hours defamatory statement. Further, I learned that had Mr. Leopold's advice been sought that he would have strongly advised the Defendants against issuing the after-hours statement of February 6, 2020. (A true and copy of my December 15, 2020 email, December 17, 2020 email, and Mr. Leopold's December 17, 2020, response are attached hereto as Exhibit 5).

24. The defamatory statement issued by the Defendants has caused, and will continue to cause, me shame and humiliation. Furthermore, as a direct result of the defamatory statement issued by the Defendants, which they knew was false at the time it was made, I have been unable to secure new and comparable employment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10ᵗʰ day of May 2021, at Carpinteria, California.

Declarant, Michael B. Stoker

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

DECLARATION OF MICHAEL B. STOKER

## TO THE CAREER STAFF IN EPA REGION 9:

It is with great regret that I deliver my final "All Hands" to this way. However the leadership in HQ left me no other option. I received the call Wednesday at 8 am advising me that I either needed to tender my resignation or I would be terminated by the close of business. Within minutes my EPA phone and laptop were disabled.

So let me start by saying what I've told you before…the career staff in Region 9 are the most professional, dedicated and passionate employees I have ever worked with. Every day you give 100% to serve the EPA's mission to protect the public health and environment. From the first day I was sworn in I've tried to bring that same commitment to the job as well. Indeed working with you for almost 2 years has and always will be the greatest honor in my professional life.

So why did the Wednesday morning call occur? There are a lot of specific situations that someday I will reveal but that day will not occur while the President is still in office. I was appointed by the President and I remain loyal to the President.

Generally speaking I will say I believe too many clashes between myself and leadership in HQ over policy and non-policy items (when I was given advance notice which often was not the case) ultimately played a significant role in the call. And you've all heard me say in past All Hands that I believed I had the best job in America and the only times it was very frustrating it always had something to do with HQ over matters I had no control or input.

And then just 3 weeks ago I was told by someone in HQ whose identity will remain anonymous that it wasn't going unnoticed how many Democrat members in Congress were commending me for the job I was doing. (Speaker Pelosi for Hunter's Point, Congressman O'Halleran for Navajo Nation Uranium Mines, Congressman Scott Peters for my work responding to transboundary sewage in the San Diego-Tijuana sector of the border and Congresswoman Gabbard for Red Hill and my work representing EPA on the Coral Reef Task Force in protecting, preserving and enhancing our coral reefs  And even Democrat Governors for my work in the American territories in the Pacific.) Bottom line I am proud of the work I've done and I am especially proud that both Democrat and Republican lawmakers have applauded my efforts. After all, last time I checked, the EPA's mission to protect the public health and environment is not a partisan issue…at least it never has been for me.

So your guess as to why the call came is as good as mine. Other than what I've already stated I haven't a clue. In fact, when I asked for the reason for the termination there was a long pause and was only told it wasn't personal. Frankly I have a gut feeling it is and was 100% personal.

In closing I just to thank each and everyone of you. You all are truly the best of the best. You know I always said to feel free to call or email anytime as your RA. That offer remains open. You can always reach me at (805) 708-9100 or mikestoker@aol.com.

And so I say my final good-bye. They can take away the job but they can't take away the accomplishments we made together. And they can't take away the fact for almost 2 years I had the opportunity to work with and for the most outstanding employees anywhere. In my last All Hand in November I closed by saying when my last day came what mattered to me the most is what you, not others, thought of the job I did. I meant it then and I mean it now. Good-bye and best wishes to all of you and your families.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 2**

10
DECLARATION OF MICHAEL B. STOKER



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

OFFICE OF
INSPECTOR GENERAL

March 21, 2019

## MEMORANDUM

**SUBJECT:**   Management Alert: Hotline Concerns over Region 9 Regional Administrator's
Duty Station and Travel
Report No. 19-N-0087

**FROM:**   Charles J. Sheehan, Acting Inspector General   *Charles J. Sheehan*

**TO:**   Andrew Wheeler, Administrator

The U.S. Environmental Protection Agency's (EPA's) Office of Inspector General (OIG) initiated an
assignment to address a hotline complaint regarding Michael Stoker, the Region 9 Regional
Administrator. The complaint expressed concerns over Mr. Stoker's time spent away from his duty
station in San Francisco, California; the potential for moving the Regional Administrator's duty station
to the EPA field office in Los Angeles, California; Mr. Stoker's time spent in the field office in Los
Angeles; and his excessive number of trips, including numerous trips to locations in Southern California.

Our objective was to identify the facts relating to Mr. Stoker's duty station and his travel. The purpose
of this management alert is to notify you of factual information obtained during our assignment relating
to the hotline complaint. We do not anticipate any additional work on this matter.

This assignment was not performed in accordance with generally accepted government auditing
standards and does not present any conclusions or recommendations.

This report contains no recommendations and you are not required to provide a written response.
Should you choose to provide a response, we will post it on the OIG's public website, along with our
memorandum commenting on your response. Your response should be provided as an Adobe PDF file
that complies with the accessibility requirements of Section 508 of the Rehabilitation Act of 1973, as
amended. The response should not contain data that you do not want to be released to the public; if your
response contains such data, you should identify the data for redaction or removal along with
corresponding justification.

If you have any questions about this management alert, please contact John Trefry, Director,
Forensic Audits, at (202) 566-2474 or trefry.john@epa.gov; or Angela Bennett, Project Manager, at
(404) 562-9844 or bennett.angela@epa.gov.

## Background

Mr. Stoker was appointed as the Region 9 Administrator on May 20, 2018, by then EPA Administrator
Scott Pruitt. On May 21, 2018, Mr. Stoker reported to his official duty station at the Region 9 office in

San Francisco, California. As of December 31, 2018, the EPA had a total of 663 employees assigned to Region 9. As shown in Figure 1, of those 663 Region 9 employees, 617, or 93 percent, were assigned to the San Francisco regional office, and 45 employees were assigned to field locations, including the following:

- Los Angeles Field Office (Los Angeles, California).
- Richmond Laboratory (Richmond, California).
- San Diego Border Office (San Diego, California).
- Pacific Islands Office (Honolulu, Hawaii).

Within the past few weeks, a new Chief of Staff (the former Senior Advisor) was appointed for Mr. Stoker. The duty station for the new Chief of Staff is in the EPA's Finance Center in Las Vegas, Nevada.

**Figure 1: Locations and number of Region 9 staff**



Source: OIG-generated chart based on data from Region 9 Human Resources office.

## What We Found

In early May 2018, the agency's Office of General Counsel sent a memorandum to the agency's Chief of Staff in response to a request for advice on whether the EPA can institute a pilot program to establish a duty station for the Region 9 Regional Administrator in Los Angeles instead of San Francisco. Based on a recent OIG inquiry to the agency's Chief of Staff regarding the memorandum, the OIG learned that Mr. Stoker's duty station has remained in San Francisco and he has been traveling at his own expense to his residence near Los Angeles. The agency's Chief of Staff commented that Mr. Stoker has been spending his time in both Los Angeles and San Francisco, as well as traveling throughout Region 9. The agency's Chief of Staff stated that covering California alone is significant, citing numerous issues in the Los Angeles area involving the border, Native American populations, Superfund sites, ports, and other

Case 2:21-cv-00733-JAK-E Document 13-1 Filed 05/11/21 Page 13 of 22 Page ID #:138

matters involving the second largest city in the country. The agency's Chief of Staff stated that these are matters on which he would expect the Regional Administrator to spend a significant amount of his time.

The OIG summarized various aspects of Regional Administrator Stoker's calendar and travel documents from May 21, 2018, through January 31, 2019. As shown in Table 1, we identified 145 workdays for Mr. Stoker. This count included 30 days spent in the San Francisco office, 19 days in the Los Angeles office, 72 days on official travel, and 24 telework days.

**Table 1: Regional Administrator's allocation of official time from May 21, 2018, through January 31, 2019**

| Location | May 2018 | June 2018 | July 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Jan 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| San Francisco | 2 | 7 | 3 | 1 | 5 | 8 | 0 | 2 | 2 | 30 |
| Los Angeles | 2 | 0 | 6 | 1 | 1 | 3 | 5 | 1 | 0 | 19 |
| Official Travel | 4 | 12 | 7 | 18 | 3 | 8 | 8 | 7 | 5 | 72 |
| Telework | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 7 | 13 | 24 |
| Total scheduled workdays [a] | 8 | 19 | 17 | 20 | 10 | 19 | 15 | 17 | 20 | 145 |

Source: OIG-generated table based on information obtained from Region 9 Administrator's Office.

[a] The Regional Administrator's work schedule is 10-hour days, 4 days a week, Monday through Thursday. The data in Table 1 represent the Regional Administrator's time allocation for his scheduled Monday through Thursday workweek and some instances of work or travel on Fridays, Saturdays or Sundays.

As shown in Table 2, Mr. Stoker has taken 35 trips at a cost of $43,875 for the period May 22, 2018, through January 31, 2019. The trip destinations included numerous locations and were conducted for various purposes, including meetings, conferences and site visits. Of the 35 trips taken, 15 included destinations in Southern California.

**Table 2: Regional Administrator's travel from May 2018 through January 2019**

| | Regional Administrator's travel period [a] | Travel costs | Destination | Purpose of trip | Location Southern California |
|---|---|---|---|---|---|
| 1 | 05/22/18 – 05/25/18 | $959 | Ontario, CA | Meetings | Yes |
| 2 | 05/29/18 – 06/01/18 | 1,985 | Honolulu, HI | Meetings | |
| 3 | 06/05/18 – 06/09/18 | 1,215 | Phoenix, AZ | Meetings | |
| 4 | 06/10/18 – 06/14/18 | 1,563 | Chicago, IL | Regional Administrator meetings | |
| 5 | 06/25/08 – 06/28/18 | 2,525 | Washington, DC | Meetings | |
| 6 | 07/01/18 – 07/03/18 | 583 | Los Angeles, CA | Site visit | Yes |
| 7 | 07/08/18 – 07/12/18 | 968 | Los Angeles, CA | Meetings/site visit | Yes |
| 8 | 07/16/18 – 07/20/18 | 2,242 | Washington, DC | Regional Administrator meetings | |
| 9 | 07/23/18 – 07/26/18 | 1,290 | Arcata, CA | Site visit | Yes |
| 10 | 07/29/18 – 07/30/18 | 571 | Los Angeles, CA | Site visit | Yes |
| 11 | 07/29/18 – 08/02/18 | 892 | Los Angeles, CA | Site visits | Yes |
| 12 | 08/06/18 – 08/17/18 | 5,119 | Honolulu, HI; Pago Pago, AS [b] | Meetings | |
| 13 | 08/19/18 – 08/21/18 | 865 | Phoenix, AZ | Meetings | |
| 14 | 08/22/18 – 08/23/18 | 385 | Los Angeles, CA | Meetings | Yes |
| 15 | 08/27/18 – 08/30/18 | 1,554 | Stowe, VT | Conference | |
| 16 | 09/17/18 – 09/17/18 | 247 | Los Angeles, CA | Meetings | Yes |
| 17 | 09/18/18 – 09/20/18 | 438 | Modesto, CA | Meetings | |
| 18 | 09/23/18 – 09/24/18 | 386 | Fresno, CA | Conference | |
| 19 | 09/26/28 – 09/27/18 | 285 | Los Angeles, CA | Event | Yes |
| 20 | 10/03/18 – 10/05/18 | 920 | Tucson, AZ | Meetings | |

| | Regional Administrator's travel period [a] | Travel costs | Destination | Purpose of trip | Location Southern California |
|---|---|---|---|---|---|
| 21 | 10/09/18 – 10/11/18 | 515 | Los Angeles, CA | Summit | Yes |
| 22 | 10/13/18 – 10/16/18 | 1,109 | New Orleans, LA | Regional Administrator meeting | |
| 23 | 10/16/18 – 10/19/18 | 1,134 | Los Angeles, CA; San Diego, CA | Meetings | Yes |
| 24 | 10/21/18 – 10/22/18 | 322 | Fresno, CA | Press event | |
| 25 | 10/24/18 – 10/25/18 | 448 | Los Angeles, CA | Meetings | Yes |
| 26 | 10/31/18 – 11/01/18 | 406 | Los Angeles, CA | Meetings | Yes |
| 27 | 11/05/18 – 11/09/18 | 1,331 | Los Angeles; San Diego, CA | Meetings | Yes |
| 28 | 11/15/18 – 11/19/18 | 180 | Elk Hills, CA; Bakersfield, CA | Meetings | |
| 29 | 11/26/18 – 11/27/18 | 435 | Sacramento, CA | Meetings | |
| 30 | 11/28/18 – 12/01/18 | 1,494 | Washington, DC | Meetings | |
| 31 | 12/04/18 – 12/06/18 | 418 | Los Angeles, CA | Meetings | Yes |
| 32 | 12/07/18 – 12/17/18 | 5,487 | Tokyo City, Japan; Hagatna, GU; [b] Saipan, CNMI [b] | Site visits | |
| 33 | 12/27/18 – 12/28/18 | 435 | Chico, CA | Site visit | |
| 34 | 01/22/19 – 01/23/19 | 471 | Chico, CA | Emergency response oversight | |
| 35 | 01/25/19 – 02/01/19 [c] | 4,697 | Hagatna, GU; [b] Saipan, CNMI [b] | Emergency response oversight | |
| | **Total** | **$43,875** | | | **15** |

Source: OIG-generated table based on travel data obtained from EPA's Compass Data Warehouse.

[a] Travel days may differ from those identified in Table 1 due to travel that occurred on a Friday, Saturday or Sunday, which is outside of Mr. Stoker's scheduled workdays.

[b] AS: American Samoa
CNMI: Commonwealth of the Northern Mariana Islands
GU: Guam

[c] The scope of this assignment was from May 21, 2018, through January 31, 2019. This trip went 1 day beyond our scope but was included because the majority of time was within our scope.

As shown in Table 3, Mr. Stoker's travel days ranged from 4 to 17 per month and represented a total of 72, or 50 percent, of his 145 workdays. The number of trips ranged from 2 to 7 per month, for a total of 35 trips. The costs for the trips ranged from $1,355 per month to $7,924, for a total of $43,875.

**Table 3: Regional Administrator's travel details from May 21, 2018 through January 31, 2019**

| | May 2018 | June 2018 | July 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Jan 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Scheduled workdays** | 8 | 19 | 17 | 20 | 10 | 19 | 15 | 17 | 20 | 145 |
| **Scheduled workdays on official travel** | 4 | 12 | 7 | 18 | 3 | 8 | 8 | 7 | 5 | 72 |
| **Percent of work days on travel** | 50% | 63% | 41% | 90% | 30% | 42% | 53% | 41% | 25% | 50% |
| **No. of trips** | 2 | 3 | 6 | 4 | 4 | 7 | 4 | 3 | 2 | 35 |
| **Travel costs** | $2,945 | $5,303 | $6,546 | $7,924 | $1,355 | $4,854 | $3,440 | $6,340 | $5,167 | $43,875 |

Source: OIG-generated table based on Mr. Stoker's calendar from EPA's website and travel data from EPA's Compass Data Warehouse.

cc:  Henry Darwin, Associate Deputy Administrator and Chief of Operations
     Ryan Jackson, Chief of Staff
     Michael Molina, Deputy Chief of Staff
     Holly Greaves, Agency Follow-Up Official (the CFO)
     Bob Trent, Agency Follow-Up Coordinator
     Matthew Leopold, General Counsel
     Troy Lyons, Associate Administrator for Congressional and Intergovernmental Relations
     Corry Schiermeyer, Associate Administrator for Public Affairs
     Serena McIlwain, Director, Office of Continuous Improvement, Office of the Administrator
     Michael Benton, Audit Follow-Up Coordinator, Office of the Administrator
     Donna Vizian, Principal Deputy Assistant Administrator for Mission Support
     Michael Stoker, Regional Administrator, Region 9
     Deborah Jordan, Deputy Regional Administrator, Region 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

DECLARATION OF MICHAEL B. STOKER

07/08/2020

Mr. mike stoker
1012 Palmetto Way, Unit C
Carpinteria, CA, 93013

mikestoker@aol.com

RE: Freedom of Information Act Request - EPA-2020-005572

Hello,

This letter concerns the above-mentioned Freedom of Information Act (FOIA) request, submitted to the U.S. Environmental Protection Agency (EPA), National FOIA Office (NFO) on 07/02/2020. You are seeking the following records: The EPA claimed in a statement released 2/6/20 that ,".., Mike [Stoker] was too interested in travel for the sake of travel and ignored necessary decision making required of a regional administrator. Although EPA leadership repeatedly requested Mike [Stoker] to simply conduct basic responsibilities of his job, we regretfully and ultimately after many requests had to to relieve him for severe neglect and incompetent administration of his duties." Please provide copies of any written documents, including all emails, substantiating this statement.

Your FOIA request was assigned for processing. If you have any questions about your request, please contact the office mentioned below and reference your FOIA request tracking number EPA-2020-005572.

**Office of the Administrator FOIA Program:**  You may contact AO's Victor Farren at (202) 564-0808 or farren.victor@epa.gov.

Pursuant to 40 C.F.R. §2.104(d), an extension of time is necessary to respond to your request. Given the scope of the request, EPA anticipates that the response will require a significant amount of EPA's resources and time for consultation with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject-matter interest therein. EPA anticipates that the response will take at least an additional 10 working days to respond.  If EPA will require more than the additional 10 working days to respond, our FOIA Program will contact you to provide information on the estimated date of completion. If you would like to modify or narrow your request so that it may be processed sooner, please contact the above-mentioned FOIA Program.

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769. For all media inquiries, please contact press@epa.gov.

Sincerely,

Ian Altendorfer
National FOIA Office
U.S. Environmental Protection Agency

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 4**

DECLARATION OF MICHAEL B. STOKER

10/16/2020

michael stoker
1012 Palmetto Way, Unit C
Carpinteria, CA, 93013

mikestoker@aol.com

RE: Freedom of Information Act Request - EPA-R9-2021-000127

Hello,

This letter concerns the above-mentioned Freedom of Information (FOIA) request, submitted to the U.S. Environmental Protection Agency (EPA), National FOIA Office (NFO) on 10/06/2020. You are seeking the following records: Provide all emails from former R9 Administrator, Mike Stoker, to Doug Benevento sent in October and November 2019. Also provide all emails received by Andrew Wheeler, Doug Benevento, Ryan Jackson or Matt Leopold from Mike Stoker in February or March 2020. .

Your FOIA request was assigned for processing. If you have any questions about your request, please contact the office mentioned below and reference your FOIA request tracking number EPA-R9-2021-000127.

**Office of the Administrator FOIA Program:** You may contact AO's Victor Farren at (202) 564-0808 or farren.victor@epa.gov.

If you need any further assistance or would like to discuss any aspect of your request, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. You may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769. For all media inquiries, please contact press@epa.gov.

Sincerely,

National FOIA Office
U.S. Environmental Protection Agency

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

DECLARATION OF MICHAEL B. STOKER

 Gmail

**JD Hankey <jdhankeylaw@gmail.com>**

---

## Fwd: We need to talk.
1 message

---

**Mike Stoker** <mikestoker@aol.com>                                    Thu, May 6, 2021 at 3:28 PM
To: Jordan Hankey <jdhankeylaw@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Leopold, Matt" <MLeopold@hunton.com>
> **Date:** December 17, 2020 at 5:12:40 AM PST
> **To:** Mike Stoker <mikestoker@aol.com>
> **Subject: Re: We need to talk.**
>
> Hi Mike, I was not involved in the decision. I'd appreciate not being named in any lawsuit. Thank you for reaching out to confirm before taking any action.
>
> Regards, Matt
>
> Sent from my iPhone
>
>> On Dec 17, 2020, at 12:00 AM, Mike Stoker <mikestoker@aol.com> wrote:
>>
>> Matt,
>>
>> If you can't confirm that you weren't involved in the decision you'll be named as a defendant. I am sorry about this but the statement issued about me regarding my termination was outrageous , a lie and to a national audience disparaged my good name and reputation and I am not going to let those responsible not be accountable for the statement. So hopefully you'll give me a call or send an email.
>>
>> Mike
>>
>> 895-708-9100
>>
>> Sent from my iPhone
>>
>>> On Dec 15, 2020, at 7:41 PM, Mike Stoker <mikestoker@aol.com> wrote:
>>>
>>> Matt,

Case 2:21-cv-00733-JAK-E Document 13-1 Filed 05/11/21 Page 22 of 22 Page ID #:147

We need to talk. I'll be filing a defamation action against Wheeler, Benevento, Jackson and Schiermeyer. I've kept you out of it but need to confirm one fact otherwise my attorney wants to name you as a defendant. My attorney will be sending a letter out to them tomorrow or Thursday. We will file on 1/19 if we don't settle so the new Administration will make the decisions. I remain hopeful my assumptions of your involvement leading up to EPA releasing the outrageous and defamatory comments that disparaged my good name and reputation was done without your counsel. Hope to hear from you soon.

Best regards,

Mike

805-707-9100

Sent from my iPhone