TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0165
    Facsimile: (213) 894-7819
    E-mail: Jill.Casselman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. STOKER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00733-JAK-E<br><br>**NOTICE OF LODGING PROPOSED JUDGMENT** |

    Pursuant to the Court's June 24, 2021 Order Re Notice of Substitution (Dkt. 8); Objections to Notice of Substitution (Dkts. 9, 10), (Dkt. 18), the Proposed Judgment prepared by Defendant United States of America is hereby lodged.

    The parties have met and conferred regarding the form of the Proposed Judgment and consent to the same.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 8, 2021 | Respectfully submitted, |
| 3 | | TRACY L. WILKISON<br>Acting United States Attorney |
| 4 | | DAVID M. HARRIS<br>Assistant United States Attorney |
| 5 | | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 6 | | Assistant United States Attorney<br>Chief, General Civil Section |
| 9 | | _/s/ Jill S. Casselman_<br>JILL S. CASSELMAN |
| 10 | | Assistant United States Attorney |
| 11 | | Attorneys for Defendant United States of America |