JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. STOKER,<br><br>  Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-00733-JAK (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's June 24, 2021 Order Re Notice of Substitution and Objections to Notice of Substitution (Dkt. 18), **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

Dated: July 9, 2021

_____
John A. Kronstadt
United States District Judge