Name: Jordan D. Hankey (SBN 266995)
Address: 903 State St., Ste 205
City, State, Zip: Santa Barbara, CA 93101
Phone: (805) 682-3352
Fax: (805) 687-5490
E-Mail: jdhankeylaw@gmail.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL B. STOKER

PLAINTIFF(S),

v.

UNITED STATES OF AMERICA, and DOES 1 through 20, inclusive

DEFENDANT(S).

CASE NUMBER:

2:21-cv-00733-JAK-E

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that _____Michael B. Stoker_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Dismissing the Complaint, Doc 20.

☐ Other (specify):

Imposed or Filed on _____July 8, 2021_____. Entered on the docket in this action on July 9, 2021.

A copy of said judgment or order is attached hereto.

September 7, 2021
Date

/s/ Jordan D. Hankey
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. STOKER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00733-JAK (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's June 24, 2021 Order Re Notice of Substitution and Objections to Notice of Substitution (Dkt. 18), **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

Dated: July 9, 2021

_____
John A. Kronstadt
United States District Judge

# PROOF OF SERVICE OF NOTICE OF APPEAL AND REPRESENTATION STATEMENT

I, Jordan D. Hankey, declare under penalty of perjury as follows:

I am employed in the County of SANTA BARBARA, State of CALIFORNIA where this mailing will occur. I am over the age of eighteen (18) and not a party to the cause. My business address is 903 State Street, Suite 205, Santa Barbara, California 93101.

On the date indicated on this Proof of Service, at the time indicated on in the header of my electronic mail, I transmitted the foregoing document(s) by electronic mail to one or more of the recipients at each firm indicated on this Proof of Service. I caused the my computer to print or maintain a record of the electronic mail to the recipients named in this Proof of Service, a true and correct copy of which has been retained by the Law Office of Jordan D. Hankey in either hard copy or electronic format in the ordinary course of business and is available for inspection if necessary. Additionally, on the date indicated on this Proof of Service, I placed the original and/or true copy thereof enclosed in a sealed envelope, by way of certified mail, return receipt requested; depositing such envelope in the mail at Santa Barbara, California with postage thereof fully prepaid, addressed as listed below.

On September 7, 2021, I served the foregoing **Notice of Appeal, July 9, 2021 Judgment and Representation Statement** on the interested parties in this action by:

__X__    By electronic and United States Postal Service mail as listed below.

DEFENDANT UNITED STATES OF AMERICA
TRACY L. WILKISON, ESQ., DAVID M. HARRIS, ESQ., JOANNE S. OSINOFF, ESQ., and JILL S. CASSELMAN, ESQ.
300 North Los Angeles Street
Los Angeles, California 90012
E-mail: Jill.Casselman@usdoj.gov

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of September 2021, at Santa Barbara, California.

By: /s/Jordan D. Hankey
Jordan D. Hankey